# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

137735

VICKI FUJA, as Personal Representative of the
Estate of FAYE ELLEN HINES,
         Plaintiff-Appellee,

v

LUX ELECTRONIC PRODUCTS,
         Defendant,

and

EDWIN MCAULEY ELECTRONICS, LTD,
         Defendant-Appellant.

SC: 137735
COA: 288545
Shiawassee CC: 07-005652-NO

_____/

      On order of the Court, the application for leave to appeal the November 17, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

s1021